UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ROBERT L. BELAIR and LORI N. BELAIR,

    Plaintiffs,

v.                                      Case No: 6:21-cv-165-WWB-DCI

EXPERIAN INFORMATION SOLUTIONS, INC. and HOLIDAY INN CLUB VACATIONS INCORPORATED,

    Defendants.
_____/

## ORDER

THIS CAUSE is before the Court on Defendant Holiday Inn Club Vacations Incorporated's Motion to Dismiss (Doc. 16). United States Magistrate Judge Daniel C. Irick issued a Report and Recommendation (Doc. 28), in which he recommends that the Motion be granted in part and denied in part.

After an independent de novo review of the record, and noting that no objections were timely filed, the Court agrees entirely with the Report and Recommendation.

Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 28) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Defendant Holiday Inn Club Vacations Incorporated's Motion to Dismiss (Doc. 16) is **GRANTED in part** and Count III is **DISMISSED without prejudice** with respect to Plaintiffs' claims arising out of any reported

information that they do not allege was disputed with Experian. The Motion is **DENIED** in all other respects.

**DONE AND ORDERED** in Orlando, Florida on July 21, 2021.

WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record

2